UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:08CR590 CDP |
| MICHAEL A. PALLAGI, | ) | |
| Defendant. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that a consolidated hearing will be held before the undersigned on **Thursday, April 30, 2009 at 9:00 a.m.** on the two petitions to adjudicate interests in property subject to forfeiture. The defendant is not required to be present at this hearing.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of March, 2009.